## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LONGI SOLAR TECHNOLOGY (U.S.), INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, and CHRIS MAGNUS, in his official capacity as Commissioner of United States Customs and Border Protection<br><br>                Defendants. | Court No. 22-00212 |

### **ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Stay Proceedings in CIT Case No. 22-00212 until Final Resolution of Fed. Cir. Case No. 2022-1392 ("Plaintiff's Motion"), it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned proceeding is **STAYED**; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after final and conclusive resolution of *Solar Energy Industries Association et al. v. United States et al.*, Fed. Cir. Case Nos. 2022-1392, including any further appeal therefrom.

Dated: August 9, 2022                              Signed: /S/    Gary S. Katzmann

    New York, New York                                Hon. Gary S. Katzmann, Judge