UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7A

| | |
|---|---|
| LONGi SOLAR TECHNOLOGY (U.S.), Inc.,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNITED STATES, et al.,<br><br>                              Defendant. | Court No. 22-00212 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 13, 2025

Lian Yang
_____
Attorney for Plaintiff
950 F Street NW
_____
Street Address
Washington, DC 20004
_____
City, State and Zip Code
202-239-3490
_____
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00212 | LONGi SOLAR TECHNOLOGY (U.S.), Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)